EGBERT A. SMITH, Respondent, *v.* CAUVIGNY BRUSH COMPANY, INCORPORATED, Appellant, Impleaded with Another.

*Negligence — infection — sale of shaving brush from use of which plaintiff developed anthrax.*

*Smith* v. *Cauvigny Brush Co., Inc.,* 219 App. Div. 760, affirmed.

(Argued May 19, 1927; decided June 7, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 11, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that plaintiff became infected with the germs of anthrax through use of a shaving brush purchased by him at a retail drug store

which in turn procured it from defendant, appellant, an importer and wholesaler of brushes.

*Bernard Swartz* and *William J. Carey* for appellant.
*Parton Swift* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.